JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, | Case No. SACV 15-553 JVS (JCGx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | |
| DENNY R. STEELMAN, an individual doing business as "Steelman Electrical Contractors," | |
| Defendant. | |

///
///
///

On June 12, 2017, the Court heard Plaintiff's Motion for Summary Judgment. Thereafter, the Court issued an order granting Plaintiff's Motion. Pursuant to the Court's order, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff, Trustees of the Southern California IBEW-NECA Pension Plan, shall recover from Defendant Denny R. Steelman, the principal amount of $1,884,906.57, attorneys' fees and costs in amounts to be determined at a later date pursuant to Local Rules 54-10 and 54-2.1, plus post-judgment interest as provided by law.

Dated: July 05, 2017

_____
UNITED STATES DISTRICT JUDGE

Judgment