# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN,<br><br>Plaintiff,<br><br>v.<br><br>DENNY R. STEELMAN, and KEVIN LIEBECK, as executor of the Estate of Denny R. Steelman,<br><br>Defendants. | Case No. 8:15-cv-00553-JVS-JCGx<br><br>Assigned to the Honorable Judge James V. Selna<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE** |

Pursuant to the "Stipulation for Dismissal, With Prejudice" between Plaintiffs and Defendants, and for good cause:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: September 27, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

1

1391160      Order